IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL SPARKS, Individually and on
Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                    No. 4:19-cv-823-BSM

**LEDIC MANAGEMENT GROUP, LLC**                    **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Michael Sparks and Defendant Ledic Management Group, LLC, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*., and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2. After arms-length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. Plaintiff has been located and has signed the settlement agreement; Defendant has also signed the settlement agreement.

4. This Court has not certified a collective action, nor does the parties' agreement purport to resolve any claims on behalf of any class.

Page 1 of 3
Michael Sparks, et al. v. Ledic Management Group, LLC
U.S.D.C. (E.D. Ark.) No. 4:19-cv-823-BSM
Joint Stipulation of Dismissal with Prejudice

5.   The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

6.   The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Respectfully submitted,

**MICHAEL SPARKS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Michael Sparks, et al. v. Ledic Management Group, LLC
U.S.D.C. (E.D. Ark.) No. 4:19-cv-823-BSM
Joint Stipulation of Dismissal with Prejudice

    **and**    **DEFENDANT LEDIC MANAGEMENT GROUP, LLC**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

*/s/ H. Wayne Young, Jr.*
H. Wayne Young, Jr.
Ark. Bar No. 2003128
wyoung@fridayfirm.com

Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

**Page 3 of 3**
**Michael Sparks, et al. v. Ledic Management Group, LLC**
**U.S.D.C. (E.D. Ark.) No. 4:19-cv-823-BSM**
**Joint Stipulation of Dismissal with Prejudice**