IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL SPARKS,** **PLAINTIFFS**
**individually and on behalf of**
**all others similarly situated**

v. CASE NO. 4:19-CV-00823-BSM

**LEDIC MANAGEMENT GROUP, LLC** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own attorney's fees and costs.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE